995 A.2d 873

**Joanne BRANHAM, Individually and as the Administratrix of the Estate of Franklin Delano Branham, Respondent**

v.

**ROHM AND HAAS COMPANY, Rohm and Haas Chemicals LLC, and Morton International, Inc., (collectively, "Rohm and Haas"), Petitioners.**

**No. 46 EM 2010.**

Supreme Court of Pennsylvania.

May 4, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of May, 2010, "Petition for Allowance of Appeal and Application for Relief," treated as a Petition for Relief per Pa.R.A.P. 123, is **DENIED,** and the Application to Expedite, the Motion to Supplement the Record, and the "Motion for Leave to File Reply in Support of Motion to Supplement the Record" are **DISMISSED AS MOOT.**